CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 1 0 2006

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LEALOFI SEAU,  )  | |
| Petitioner,  ) | Civil Action No. 7:06CV00442 |
| ) | |
| v.  ) | **FINAL ORDER** |
| ) | |
| TERRY O'BRIEN, WARDEN,  ) | By: Hon. Jackson L. Kiser |
| Respondent.  ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

### ORDERED

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

**ENTER**: This 10th day of August, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge